826

No. 258. STATEN ISLAND RAPID TRANSIT RAILWAY Co. *v.* BARNEY. C. A. 3d Cir. Certiorari denied. *H. Curtis Meanor* for petitioner. *Sidney Birnbaum* for respondent.

No. 261. IN RE ESTATE OF HURST. Supreme Court of Pennsylvania. Certiorari denied. *James J. Regan, Jr.* and *Robert M. Taylor* for petitioner. *Ralph S. Snyder* and *J. Pennington Straus* for residuary legatees. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States.

No. 266. HAGANS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Sewell Elliott* and *Joseph H. Davis* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 268. HILDRETH *v.* UNION NEWS Co. C. A. 6th Cir. Certiorari denied. *Dee Edwards* for petitioner. *Frederic S. Glover, Jr.* for respondent.

No. 270. UROW, ADMINISTRATRIX, *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Sheldon E. Bernstein* and *Milton E. Canter* for petitioner. *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondent.

No. 278. ESTEVA *v.* HOUSE OF SEAGRAM, INC. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Robert L. Stern* for respondent.